UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 20-754(DSD/HB)

Alex Koloh C.,

    Petitioner,

v.              **ORDER**

Chad Wolff, Secretary of Homeland
Security; William Barr, Attorney
General; Peter Berg, ICE Field
Office Director; Kurt Freitag,
Freeborn County Sheriff,

    Respondents.


This matter came before the court upon the report and recommendation (R&R) of United States Magistrate Judge Hildy Bowbeer dated June 2, 2020. No objections have been filed to the R&R in the time period permitted.

Accordingly, based on the R&R, and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 19] is adopted in its entirety; and

2. The petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 [ECF No. 1] is dismissed as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  June 17, 2020   /s David S. Doty
            David S. Doty, Judge
            United States District Court